```
DEPARTMENT OF THE PROSECUTING ATTORNEY 207

BENJAMIN M. ACOB   4471
Acting Prosecuting Attorney
ARLEEN Y. WATANABE   7096
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawai`i 96793
Tel. No. (808) 270-7630
Fax. No. (808) 270-7927

Attorney for Respondents
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GEOFFREY WELSH, | ) | CIV. NO. 04-00485 HG-LEK |
| | ) | |
| Petitioner, | ) | |
| | ) | NOTICE OF WITHDRAWAL AND |
| vs. | ) | APPEARANCE OF NEW COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| JOHN F. PEYTON, Director, | ) | |
| Department of Public Safety | ) | |
| State of Hawai`i; and | ) | |
| MARK J. BENNETT, Attorney | ) | |
| General, State of Hawaii | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

NOTICE OF WITHDRAWAL AND APPEARANCE OF NEW COUNSEL

CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEOFFREY WELSH, ) | CIV. NO. 04-00485 HG-LEK |
| ) | |
| Petitioner, ) | |
| ) | NOTICE OF WITHDRAWAL AND |
| vs. ) | APPEARANCE OF NEW COUNSEL; |
| ) | CERTIFICATE OF SERVICE |
| JOHN F. PEYTON, Director, ) | |
| Department of Public Safety ) | |
| State of Hawai`i; and ) | |
| MARK J. BENNETT, Attorney ) | |
| General, State of Hawaii ) | |
| ) | |
| Respondents. ) | |
| ) | |

NOTICE OF WITHDRAWAL AND APPEARANCE OF NEW COUNSEL

     COMES NOW the Department of the Prosecuting Attorney for the County of Maui, State of Hawaii, BENJAMIN M. ACOB, Acting Prosecuting Attorney, and hereby withdraws the appearance of ARLEEN Y. WATANABE, Deputy Prosecuting Attorney, and enters the appearance of PETER A. HANANO, First Deputy Prosecuting Attorney, as counsel for Respondents in the above-entitled matter.

     DATED:  Wailuku, Hawaii, January 26, 2007.

                        DEPARTMENT OF THE PROSECUTING ATTORNEY
                        BENJAMIN M. ACOB
                        ACTING PROSECUTING ATTORNEY

                        By  /s/Arleen Y. Watanabe
                          ARLEEN Y. WATANABE
                          Deputy Prosecuting Attorney
                          County of Maui
                          Attorney for Respondents

                        By  /s/Peter A. Hanano
                          PETER A. HANANO
                          Deputy Prosecuting Attorney
                          County of Maui
                          Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GEOFFREY WELSH, | ) | CIV. NO. 04-00485 HG-LEK |
| | ) | |
| Petitioner, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| JOHN F. PEYTON, Director, | ) | |
| Department of Public Safety | ) | |
| State of Hawai`i; and | ) | |
| MARK J. BENNETT, Attorney | ) | |
| General, State of Hawaii | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal and Appearance of New Counsel and a copy of the Notice of Electronic Filing of the foregoing Notice of Appearance were served upon PETER C. WOLFF, ESQ., Attorney for Petitioner, Office of the Federal Public Defender, 300 Ala Moana Boulevard, Suite 7104, Honolulu, Hawaii 96850-5269 by mailing the same on January 26, 2007.

    /s/Arleen Y. Watanabe
ARLEEN Y. WATANABE
Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents