


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

August 8, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 13 2007
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-16968 | Welsh v. Peyton | CV-04-00485-HG-LEK |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,
Cathy A. Catterson
Clerk of Court

*Ruben Talavera*
By: Ruben Talavera
Deputy Clerk

Enclosure(s)
cc: All Counsel

MOATTAVAIT
i

INTERNAL USE ONLY: Proceedings include all events.
05-16968 Welsh v. Peyton, et al

| | |
|---|---|
| GEOFFREY WELSH<br>    Petitioner - Appellant | Peter C. Wolff, Jr., Esq.<br>FAX 808/541-3545<br>808/541-2521<br>Ste. 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269 |

    v.

| | |
|---|---|
| JOHN F. PEYTON, Director,<br>Department of Public Safety,<br>State of Hawaii<br>    Respondent - Appellee | Richard K. Minatoya, Esq.<br>808/270-7777<br>[COR LD NTC cc]<br>DEPARTMENT OF THE PROSECUTING<br>ATTORNEY<br>County of Maui<br>150 South High Street<br>Wailuku, HI 96793<br><br>Arleen Y. Watanabe<br>808/270-7740<br>[COR LD cc]<br>Department of Prosecuting<br>Attorney<br>County of Maui<br>150 S. High Street<br>Wailuku, HI 96793<br><br>Davelynn M. Tengan, Esq.<br>808/270-7777<br>[COR LD NTC cc]<br>COUNTY OF MAUI<br>PROSECUTING ATTORNEY'S OFFICE<br>150 S. High St.<br>Wailuku, HI 96793 |
| MARK J. BENNETT, Attorney<br>General, State of Hawaii<br>    Respondent - Appellee | Richard K. Minatoya, Esq.<br>(See above)<br>[COR LD NTC cc]<br><br>Arleen Y. Watanabe<br>(See above)<br>[COR LD cc]<br><br>Davelynn M. Tengan, Esq.<br>(See above)<br>[COR LD NTC cc] |